**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Criminal No. 07-MJ-557 (AK)** |
| ) | |
| **SIDNEY SPAIN** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**ENTRY OF APPEARANCE**

Defendant Sidney Spain, by and through undersigned counsel, hereby moves this Honorable Court to enter the appearance of Steven J. McCool to represent him in the above-captioned case.

           Respectfully submitted,

           _____/s/_____
           STEVEN J. McCOOL
           D.C. Bar No. 429369
           MALLON & McCOOL, LLC
           1776 K Street, N.W., Suite 200
           Washington, D.C. 20006
           (202) 393-7088

           Counsel for Sidney Spain

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of December 2007July, the foregoing Entry of Appearance was served upon the Government through the Court's electronic filing system.

_____/s/_____
STEVEN J. McCOOL