AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

**FILED**
JAN - 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

SIDNEY SPAIN

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 07-557 M

I, __SIDNEY SPAIN_____, charged in a (complaint) ~~(petition)~~ pending in this District with __POSSESSION OF CHILD PORNOGRAPHY__

in violation of Title __18__, U.S.C., __2252A(a)(5)(B) & 2256__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ~~(examination)~~ (hearing), do hereby waive (give up) my right to a preliminary ~~(examination)~~ (hearing).

_____
[signature]
Defendant

1/3/08
_____
Date

_____
[signature]
Counsel for Defendant