UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO.  07-0557M-01 (CR) |
| | : | |
| **SIDNEY SPAIN,** | : | VIOLATIONS: 18 U.S.C. §2252A(a)(5)(B) |
| **Defendant.** | : | and §2256 (Possession of Child |
| | : | Pornography); 18 U.S.C. § 2253(a) |
| | | (Criminal Forfeiture) |

### I N F O R M A T I O N

The United States Attorney charges:

### COUNT ONE

1. On or about November 8, 2007, within the District of Columbia, the defendant, **SIDNEY SPAIN**, knowingly possessed items of child pornography, as defined in 18 U.S.C. §2256, which items depicted minors under the age of 18, the production of which visual depiction involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct.

   (**Possession of Child Pornography,** in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2256)

### FORFEITURE ALLEGATION

2. The violation alleged in Count One of this Information is realleged and incorporated by reference herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2253(a).

3. As a result of the offense alleged in Count One of this Information, the defendant, **SIDNEY SPAIN**, shall forfeit to the United States any visual depiction described in 18 U.S.C.

§2252A, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of the offense set forth above, and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including, but not limited to:

Personal Property:

Any and all items seized by law enforcement agents on November 9, 2007, from xxxx x xxxxxx, x.x., Apartment xxx, Washington, D.C. 20009

4. By virtue of the commission of the felony offense charged in Count One of this Information, any and all interest that the defendant has in the property identified above, is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 2253(a).

(**Criminal Forfeiture,** in violation of Title 18, United States Code, Section 2253(a)

JEFFREY A. TAYLOR
Attorney of the United States in
and for the District of Columbia
Bar No. 498610

BY: _____
JEAN SEXTON
Assistant United States Attorney
NJ Bar No. 02122-1995
Federal Major Crimes Section
555 4th Street, N.W., Room 4239
Washington, DC 20530
(202) 305-1419
Jean.Sexton@usdoj.gov