FILED

FEB 13 2008

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,         :

v.                                :    Criminal Case No.: 08-00007 (TFH)

SIDNEY SPAIN,                     :

    Defendant.

## STATEMENT OF OFFENSE

The parties in this case, the United States of America, and the defendant, Sidney Spain, stipulate and agree that the following facts are true and accurate:

On Friday, November 9, 2007, at approximately 12:27 p.m., members of the Metropolitan Police Department and Federal Bureau of Investigation executed a United States District Court search warrant at 1301 U Street, N.W. Apartment 217. Among the items recovered in the search of the defendant's residence was a Western Digital external hard drive, a Dell Dimension 8300 desktop computer, an IBM Thinkpad laptop computer, and an HP DV400 laptop computer with a "North Carolina" sticker. Analysis revealed that the computers and the hard drive contained in excess of 600 images of child pornography, that the majority of the pornographic images were of prepubescent males, and that defendant possessed these images for his personal use, and to distribute them to others. The ages of the children appeared to range from approximately three to five years old to young teens. Among the images were movie files depicting prepubescent male children approximately ten years old engaging in sexual acts, and images of sadistic conduct and violence involving young children, including, but not limited to, a prepubescent male being anally penetrated, and a boy approximately three years old performing oral sex on an adult male.

This proffer of evidence is not intended to constitute a complete statement of all facts known by the government or the defendant, but is instead a statement of facts intended to provide the necessary factual predicate for the guilty plea in this case. In addition, this proffer contains facts that relate to specific offense characteristics contained in Section 2G2.2(b) of the United States Sentencing Guidelines that the parties agree are applicable in this case. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for entry of the defendant's plea of guilty and for application of the specific offense characteristics that are set forth in the plea agreement entered into by the parties.

_____
JEAN W. SEXTON
Assistant United States Attorney

_____
SIDNEY SPAIN
Defendant

_____
STEVEN J. McCOOL
Attorney for Defendant