AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.
Sidney Spain

WAIVER OF INDICTMENT

CASE NUMBER: 08-07

I, Sidney Spain, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on February 13, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer